UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JAMES DEWAYNE BASS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 1:10-cv-0064 |
| ) | Judge Campbell |
| JOE EASTERLING, ) | |
| ) | |
| Respondent. ) | |

## O R D E R

The Court has before it a petition for a writ of *habeas corpus* brought under 28 U.S.C. § 2254. (Docket No. 1).[1] The petitioner, proceeding *pro se* and *in forma pauperis*, is a prisoner in the Hardeman County Correctional Facility in Whiteville, Tennessee.

For the reasons explained in the Memorandum filed contemporaneously herewith, the petitioner shall, within thirty (30) days of the date of entry of this order, show cause (1) why his petition should not be dismissed as time-barred and (2) why his petition should not be dismissed for failure to exhaust state court remedies. The petitioner is forewarned that failure to comply with this order will result in his petition being dismissed on either or both grounds.

It is so **ORDERED.**

*Todd Campbell*
Todd J. Campbell
United States District Judge

---

[1] Also pending is a motion to dismiss or, alternatively, for a more definite statement by the respondent. (Docket No. 6). The petitioner has provided a more definite statement of his legal claims and the grounds upon which they are based. (Docket No. 8).